[No. 29416-4-I.    Division One.    February 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH T. MCINTOSH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-00420-2, Richard J. Thorpe, J., entered October 8, 1991. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Webster, C.J., and Forrest, J.

[No. 30335-0-I.    Division One.    February 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. NOREEN MARIE ERLANDSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00818-8, Joseph A. Thibodeau, J., entered March 19, 1992. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Pekelis, A.C.J., and Kennedy, J.

[No. 31457-2-I.    Division One.    February 7, 1994.]

COHO REALTY, INC., *Appellant*, v. CAROL EDWARDS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-17401-8, Carol A. Schapira, J., entered September 8, 1992. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Webster, C.J., and Scholfield, J.